WHITFIELD GIBBS AND JOHN STANTON, PLAINTIFFS IN ERROR, v. THE STATE, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of that court, see 16 *Vroom* 379.

For the plaintiffs in error, *M. Rosenkrans* and *Joseph D. Bedle*.

For the defendant in error, *Theodore Simonson* (Prosecutor of the Pleas) and *Lewis Cochran*.

PER CURIAM. The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance* — THE CHANCELLOR, DIXON, PARKER,. REED, SCUDDER, CLEMENT, COLE, PATERSON, WHITA-KER.    9.

*For reversal* — None.